**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
sgillespie@maclaw.com
  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PAUL LEMUS, individually<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; GEORGE WEHRLY, individually<br><br>Defendants. | Case Number: 2:21-cv-01392-JAD-DJA<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANTS' MOTION TO DISMISS (ECF NO. 10)**<br><br>ECF Nos. 10, 11 |

IT IS HEREBY STIPULATED and agreed between Plaintiff, by and through his attorney of record, Andre M. Lagomarsino, Esq. of Lagomarsino Law, and Defendants, by and through their attorney of record, Susan E. Gillespie, Esq. of Marquis Aurbach Coffing, that the Motion to Dismiss (ECF No. 10) filed with this Court on September 2, 2021 in the above-referenced matter be withdrawn from the record.

IT IS FURTHER STIPULATED that Defendants have up to and including Monday September 13, 2021 to file their Answer.

IT IS HEREBY STIPULATED this 7th day of September, 2021.

| MARQUIS AURBACH COFFING | LAGOMARSINO LAW |
|---|---|
| By: /s/ Susan E. Gillespie<br>   Susan E. Gillespie, Esq.<br>   Nevada Bar No. 15227<br>   10001 Park Run Drive<br>   Las Vegas, Nevada 89145<br>   Attorney for Defendants | By:   s/Andre M. Lagomarsino<br>   Andre M. Lagomarsino, Esq.<br>   Nevada Bar No. 6711<br>   3005 W. Horizon Ridge Pkwy., #241<br>   Henderson, NV 89052<br>   Attorney for Plaintiff |

MAC:11779-184 4469427_1

## ORDER

Based on the parties' stipulation [ECF No. 11], **IT IS HEREBY ORDERED** that **the motion to dismiss [ECF No. 10] is DEEMED WITHDRAWN** and defendants have until 9/13/21 to file their answer.

_____  9/7/21
United States District Court Judge