**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CORY M. FORD, ESQ.
Nevada Bar No. 15042
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Paul Lemus*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PAUL LEMUS, an individual, | CASE NO.: 2:21-cv-01392-JAD-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE** |
| NYE COUNTY, a political subdivision of the State of Nevada; GEORGE WEHRLY, individually, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff PAUL LEMUS, by and through his attorneys ANDRE M. LAGOMARSINO, ESQ. and CORY M. FORD, ESQ. of LAGOMARSINO LAW, and Defendants NYE COUNTY and GEORGE WEHRLY by and through their attorneys of record, SUSAN E. GILLESPIE, ESQ. and BRIAN R. HARDY, ESQ. of MARQUIS AURBACH COFFING, that a half day settlement conference be conducted in this matter, pursuant to LR 16-5.

. . .

. . .

. . .

1

**IT IS SO STIPULATED AND AGREED.**

2

DATED this 12th day of November, 2021.    DATED this 12th day of November, 2021.

3

**LAGOMARSINO LAW**              **MARQUIS AURBACH COFFING**

4

  /s/ *Andre M. Lagomarsino*            /s/ *Susan E. Gillespie*
ANDRE M. LAGOMARSINO, ESQ. (#6711)   BRIAN R. HARDY, ESQ. (#10068)

5

CORY M. FORD, ESQ. (#15042)         SUSAN E. GILLESPIE, ESQ. (#15227)
3005 W. Horizon Ridge Pkwy., #241      10001 Park Run Drive

6

Henderson, Nevada 89052            Las Vegas, Nevada 89145
Telephone: (702) 383-2864           Telephone: (702) 382-0711

7

Facsimile: (702) 383-0065             Facsimile: (702) 382-5816
*Attorneys for Plaintiff Paul Lemus*      *Attorneys for Defendants Nye County and*

8

*George Wehrly*

9

10

IT IS SO ORDERED.  The Court will enter a separate order setting the settlement
conference.

11

12

DATED:  November 16, 2021

13

_____

14

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065