**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
sgillespie@maclaw.com
    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL LEMUS, individually<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; GEORGE WEHRLY, individually<br><br>Defendants. | Case Number: 2:21-cv-01392-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 27 |

IT IS HEREBY STIPULATED by and between Plaintiff, by and through his attorney of record, Andre M. Lagomarsino, Esq. of Lagomarsino Law, and Defendants, by and through their attorney of record, Susan E. Gillespie, Esq. of Marquis Aurbach, that the above-referenced matter is dismissed with prejudice; and.

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS HEREBY STIPULATED this 14th day of March, 2022.

| MARQUIS AURBACH | LAGOMARSINO LAW |
|---|---|
| By: */s/ Susan E. Gillespie*<br>   Susan E. Gillespie, Esq.<br>   Nevada Bar No. 15227<br>   10001 Park Run Drive<br>   Las Vegas, Nevada 89145<br>   Attorney for Defendants | By:   *s/Andre M. Lagomarsino*<br>   Andre M. Lagomarsino, Esq.<br>   Nevada Bar No. 6711<br>   3005 W. Horizon Ridge Pkwy., #241<br>   Henderson, NV 89052<br>   Attorney for Plaintiff |

MAC:11779-184 4620372_1

**CASE NUMBER: 2:21-CV-01392-JAD-DJA**

**ORDER**

Based on the parties' stipulation [ECF No. 27] and good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties bear their own attorney fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
United States District Court Judge
March 14, 2022

MAC:11779-184 4620372_1